# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT BOBBY GLEASON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-2522-S-BT |
| | § | |
| MICHAELS STORES INC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's motion to proceed in forma pauperis [ECF No. 4] is **DENIED**. Plaintiff's case may be dismissed under Federal Rule of Civil Procedure 41(b) unless he pays the full $405.00 filing fee within **fourteen days** of this Order.

**SO ORDERED.**

SIGNED August 31, 2026.

**UNITED STATES DISTRICT JUDGE**